IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Montez Parrott, :
:
    Petitioner(s), :
: Case Number: 1:16cv382
vs. :
: Judge Susan J. Dlott
Warden, London Correctional Institution, :
:
    Respondent(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 5, 206 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 22, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, respondent's motion to transfer the petitioner's *pro se* habeas corpus petition pursuant to 28 U.S.C. §2254 to the Sixth Circuit as a successive petitioner within the meaning of 28 U.S.C. § 2244(b) (Doc. 8) is GRANTED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court